# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jocquell Dassalines Ivory,

          Plaintiff,

v.

Tarrant County Jail,
Lon Evans Correction Center,
and Cold Springs Unit,

          Defendants.

Civil No. 14-897 (DWF/FLN)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated April 21, 2014. (Doc. No. 3.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Franklin L. Noel's April 21, 2014 Report and Recommendation (Doc. No. [3]) is **ADOPTED**.

2. Plaintiff's application to proceed *in forma pauperis* (Doc. No. [2]) is **DENIED**.

3.	This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

**LET JUDGEMENT BE ENTERED ACCORDINGLY.**

Dated:  May 12, 2014            s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge